IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
DARRELL BERNARD EATON,      )
                            )
    Petitioner,              )
                            )    CIVIL ACTION NO.
    v.                       )      2:17cv451-MHT
                            )          (WO)
WALTER MYERS, et al.,        )
                            )
    Respondents.             )
```

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court:

(1) The United States Magistrate Judge's recommendation (doc. no. 16) is adopted.

(2) The petition for writ of habeas corpus (doc. no. 1) is denied as time-barred.

It is further ORDERED that costs are taxed against petitioner, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil

Procedure.

This case is closed.

DONE, this the 8th day of July, 2020.

                                       /s/ Myron H. Thompson
                                     **UNITED STATES DISTRICT JUDGE**